# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JPAY LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0165-S |
| | § | |
| SHALANDA HOUSTON | § | |

## ORDER

At the status conference held on September 7, 2023, the parties jointly stipulated to the dismissal of this case. In light of the stipulation, all claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED**. Unless otherwise agreed to by the parties, each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED September 8, 2023.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE